# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SUSAN DIANE SMITH                                                                                              PLAINTIFF

v.                                          No. 3:13CV00039 JLH

CAROLYN COLVIN, Acting Commissioner,
Social Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the final decision of the Commissioner of the Social Security Administration denying plaintiff Susan Diane Smith's application for disability benefits is AFFIRMED. Judgment is entered in favor of the Commissioner. This action is dismissed with prejudice.

IT IS SO ORDERED this 26th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE